UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA M. FELLER,<br><br>               Plaintiff,<br><br>    v.<br><br>INDYMAC MORTGAGE SERVICES, a Division of One West Bank; ONE WEST BANK, F.S.B.; AMERICAN GENERAL FINANCE; and REGIONAL TRUSTEE SERVICES CORPORATION,<br><br>               Defendants. | Case No. 09-5720RJB<br><br>ORDER ON DEFENDANTS' MOTION TO CONTINUE TRIAL DATE<br><br>ORDER RE JOINT STATUS REPORT |

This matter comes before the Court on Defendants Indymac Mortgage Services and OneWest Bank's Motion to Continue Trial Date (Dkt. 21). The Court has considered the relevant documents and the remainder of the file herein.

**I. FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

On November 23, 2009, the Plaintiff, Teresa Feller, filed a Complaint against Defendants, Indymac Mortgage Services ("Indymac"), OneWest Bank, FSB ("OneWest"), American General Finance Services ("AGFS")[1], and Regional Trustee Services Corporation ("Regional"), alleging conversion, fraud in the inducement, theft, conspiracy, and several other allegations involving a mortgage related to property owned by the Plaintiff. Dkt. 3. On

---

[1] Defendant AGFS is misidentified in the Complaint as "American General Finance."

ORDER - 1

1 February 17, 2010, Defendants Indymac and OneWest filed a motion to continue trial date due to
2 their counsel's continuing ailments. Dkt. 21. Defendants Indymac and OneWest state that it is
3 their understanding that the remaining parties to this action do not oppose this motion. Dkt. 21,
4 p. 1. There has been no opposition filed regarding this motion by the parties.

## II. DISCUSSION

Defendants Indymac and OneWest request that the Court continue the trial date to provide enough time for the parties to engage in discovery and to effectively participate in the mediation process. Dkt. 21, p. 2. However, the trial date has not been set in this case because a Joint Status Report ("JSR") has not been filed by the parties. A trial date will not be set until a JSR has been received by the Court. It appears the Defendants are requesting an extension regarding the JSR date. In the interest of justice, the Court will consider the Defendants' motion as a request to extend the JSR date.

The Court notes that the Plaintiff has filed a document entitled "Notice of Discovery Plan" (Dkt. 18), which appears to be an attempt at a JSR. This filing by Plaintiff is unacceptable as a JSR. First, the JSR is not signed by all parties. Second, the filing does not include the information required by the Court's Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dtk. 5). Finally, it appears that Plaintiff has not conferred with the parties.

Pursuant to Federal Rules of Civil Procedure Rule 26(f)(1), the parties must confer by the date ordered by the court. Plaintiff is responsible for starting the communications needed to comply with the Court's Minute Order regarding the JSR. Dkt. 5, p. 5. Plaintiff is reminded that she must comply with the Orders of the Court. Moreover, the Plaintiff is advised that she must also comply with the Court's Local Rules, which may be found at the Court's website.

In the interest in fairness and justice, and in consideration of the health status of Defendants Indymac and OneWest's counsel, the Plaintiff should be allowed additional time to confer with Defendants to file a Joint Status Report. For the foregoing reasons, the Defendant's Motion to continue should be granted to the extent it a request to change the JSR date, and the JSR deadline should be extended to allow the Plaintiff to file a JSR.

ORDER - 2

# III. ORDER

The Court does hereby find and ORDER:

(1) Defendants Indymac and OneWest's Motion to Continue Trial Date (Dkt. 21) is **GRANTED** to the extent it is a request to extend the JSR date;

(2) The Joint Status Report due date is reset to **April 2, 2010**;

(3) Plaintiff is directed to confer with all parties and submit a Joint Status Report in accordance with the Court's Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement; and

(4) The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 5th day of March, 2010.

Robert J Bryan
United States District Judge